# Court of Appeals
# of the State of Georgia

ATLANTA,___June 20, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1861. ADRIAN BERNARD PAYTON v. THE STATE.**

In 2013, Adrian Bernard Payton pled guilty to armed robbery and possession of a firearm during the commission of a crime. The trial court sentenced him to probation on the condition that he give truthful testimony against his co-defendant. When Payton refused to give truthful testimony against his co-defendant, the State moved to revoke his probation, and the trial court revoked 12 years of his probation. Payton filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Payton's probation, he was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). Accordingly, we lack jurisdiction over this direct appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
　　　Clerk's Office, Atlanta,_06/20/2014_____
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*